OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 20, 2018

John A. Cerino
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE: Luis Antonio Aguilar Marquinez, et al v. Dole Food Company Inc, et al
Case Number: 14-4245
District Court Case Number: 1-12-cv-00695

Dear District Court Clerk,

Enclosed herewith is the certified judgment order in the above-captioned case(s). The certified judgment order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment order is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: *Timothy McIntyre*
Timothy McIntyre, Case Manager
267-299-4953

cc: Michael L. Brem
Robert G. Dick IV
Kelly E. Farnan
Scott M. Hendler

Timothy J. Houseal
Jennifer M. Kinkus
Jonathan S. Massey
D. Ferguson McNiel III
Boaz S. Morag
Katharine L. Mowery
John C. Phillips Jr.
Donald E. Reid
R. Jack Reynolds
James W. Semple
Samuel E. Stubbs
Rebecca R. Webber