IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUIS ANTONIO AGUILAR MARQUINEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOLE FOOD COMPANY, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1:12-cv-00695-RGA (consolidated) |

## CASE MANAGEMENT ORDER

The Court enters this Case Management Order to manage the pre-trial phase of this case. This case presents claims by plaintiffs who live in Ecuador, Panama, Costa Rica and Guatemala. Plaintiffs will proceed to trial grouped by country. The Ecuadorian plaintiffs have already been pre-screened by medical examinations in their home country and will proceed to trial first.

**Plaintiffs from Panama and Costa Rica.**

   a. Defendants will file any motions for summary judgment based on limitations and the Delaware borrowing statute by Defendants: October 25, 2024.

   b. Plaintiffs will file oppositions by March 3, 2025 (Due to the intervening Thanksgiving, Christmas, and New Year's holidays.).

   c. Defendants will file any reply(s) on the first business day 60 days following the filing of Plaintiffs' opposition.

2. Discovery as to the Plaintiffs from Panama, Costa Rica and Guatemala is stayed until the Court rules on defendants' motions for summary judgment. Such stay does not apply to discovery of any Defendant's DBCP-related activities in such other country to the extent it is relevant to the use of DBCP in Ecuador.

In any country for which the Court denies any of defendants' motions for summary judgment, initial testing will begin in that country 60 days after the Court's ruling. Within

1

21 days of the Court's ruling,[1] the parties will meet and confer to propose a case management order/discovery plan for those plaintiffs.

Except as provided in footnote 1, if Defendants do not file a motion for summary judgment against the plaintiffs from any country, the parties will meet and confer within 21 days of the date the motion was due to propose a case management/discovery plan for those plaintiffs.

**Ecuadorian Plaintiffs.**

1. **Selection of Trial Groups.**

    a.  By August 2, 2024, plaintiffs will provide defendants the following information for each of the Ecuadorian plaintiffs:

    (1) The farm(s) where the plaintiff alleges he worked or was exposed;
    (2) The alleged time period(s) of exposure;
    (3) The grower defendant(s) the plaintiff is suing. For any plaintiff who is unable to answer at this time, but learns the answer before his deposition, that plaintiff must supplement this response no later than 15 days before the deposition. No plaintiff who is unable to answer this question will be in trial group 1.
    (4) The method for application of DBCP the Plaintiff believes was used at the farm(s).
    (5) Whether the plaintiff alleges he was exposed as (a) an applicator or handler, (b) fieldworker, or (c) bystander (including living at the farm).
    (6) Whether the plaintiff has a passport and visa.
    (7) Number of children, if any, and their date(s) of birth.

    b.  The parties will exchange proposed trial groups by August 16, 2024. The parties will meet and confer the week August 26, 2024, to seek a consensus on grouping of plaintiffs for trial.

    c.  By September 6, 2024, the parties will present to the Court proposals for six (6) trial groups of approximately ten (10) plaintiffs per group; plaintiffs will select the order in which

---

[1] With respect to Guatemala, because there are only two plaintiffs from that country and given the possibility that the Court's ruling with respect to Costa Rica and Panama may as a practical matter dispose of the issues as to Guatemala, within 21 days of the Court's ruling, the parties will meet and confer regarding the Guatemalan plaintiffs, and propose, if appropriate, a briefing schedule for any motion for summary judgment based on limitations under Guatemalan law and the Delaware borrowing statute if those issue still require judicial determination at that time.

the groups will proceed to discovery and trial. Criteria will include grouping the same Grower Defendant, jobs, and application method.

        d.      For any plaintiff who supplements his disclosures in 1.a.(1)-(7) above after the selection of trial groups, and that supplement results in a trial group of "mixed" Grower Defendants or jobs, that plaintiff will be reassigned to a later trial group consistent with the new information.

        e.      Each Trial Group will proceed under its own scheduling order. *See* item 3 below.

**2.**      **Depositions and Defense Medical Examinations.**

        a.      Plaintiffs' depositions and defense medical examinations will take place in Houston, Texas.

        b.      At least 28 days before each deposition period identified in the scheduling orders in item 3 below, plaintiffs will identify the specific weeks each plaintiff in that trial group will travel to Houston and be available for deposition and medical examination.

        c.      Within one week of receiving the information in item b. above, defendants will serve deposition notices for each plaintiff in that trial group.

        d.      The parties will meet and confer by September 30, 2024, regarding plaintiff spouses and the process by which Defendants will take discovery of plaintiff spouses.

3. **Scheduling Orders for Trial Groups.**

| | Trial Group 1 |
|---|---|
| Deadline | Activity |
| November 4, 2024 | Group 1 Plaintiffs will answer or supplement (both with verifications) all outstanding written discovery |
| December 2, 2024 through February 7, 2025 | Group 1 Plaintiffs will appear in Houston for deposition and medical exams (the anticipated schedule is 2 plaintiffs every other week) |
| March 21, 2025 | Plaintiffs' expert reports for Group 1 Plaintiffs must be served |
| April 25, 2025 | Defendants' expert reports for Group 1 Plaintiffs must be served |
| May 19, 2025 through July 25, 2025 | Expert depositions for Group 1 Plaintiffs (plaintiffs' expert in each discipline will be deposed before defendants' expert for the same discipline). |
| August 29, 2025 | Discovery complete for Group 1 Plaintiffs |
| September 5, 2025 | Dispositive Motions and Expert Challenges for Group 1 Plaintiffs filed (The parties agree to revisit this deadline once the number of expert challenges is better understood.) |
| October 5, 2025 | Plaintiffs' Responses to Dispositive Motions filed |
| February 2026 | Trial for Group 1 Plaintiffs |

| Trial Group 2 ||
|---|---|
| **Deadline** | **Activity** |
| February 3, 2025 | Group 2 Plaintiffs will answer or supplement (both with verifications) all outstanding written discovery |
| March 10, 2025 through May 9, 2025 | Group 2 Plaintiffs will appear in Houston for deposition and medical exams (the anticipated schedule is 2 plaintiffs every other week) |
| June 13, 2025 | Plaintiffs' expert reports for Group 2 Plaintiffs must be served |
| July 25, 2025 | Defendants' expert reports for Group 2 Plaintiffs must be served |
| August 18, 2025 through October 31, 2025 | Expert depositions for Group 2 Plaintiffs (plaintiffs' expert in each discipline will be deposed before defendants' expert for the same discipline) |
| December 5, 2025 | Discovery complete for Group 2 Plaintiffs |
| December 12, 2025 | Dispositive Motions and Expert Challenges for Group 2 Plaintiffs filed |
| May 2026 | Trial for Group 2 Plaintiffs |

| Trial Group 3 ||
|---|---|
| **Deadline** | **Activity** |
| May 2, 2025 | Group 3 Plaintiffs will answer or supplement (both with verifications) all outstanding written discovery |
| June 9, 2025 through August 8, 2025 | Group 3 Plaintiffs will appear in Houston for deposition and medical exams (the anticipated schedule is 2 plaintiffs every other week) |
| September 12, 2025 | Plaintiffs' expert reports for Group 3 Plaintiffs must be served |
| October 24, 2025 | Defendants' expert reports for Group 3 Plaintiffs must be served |
| November 17, 2025 through February 20, 2026 | Expert depositions for Group 3 Plaintiffs (plaintiffs' expert in each discipline will be deposed before defendants' expert for the same discipline) |
| March 27, 2026 | Discovery complete for Group 3 Plaintiffs |
| April 3, 2026 | Dispositive Motions and Expert Challenges for Group 3 Plaintiffs filed |
| August 2026 | Trial for Group 3 Plaintiffs |

| Deadline | Activity |
|---|---|
| **Trial Group 4** ||
| **Deadline** | **Activity** |
| August 1, 2025 | Group 4 Plaintiffs will answer or supplement (both with verifications) all outstanding written discovery |
| September 8, 2025 through November 7, 2025 | Group 4 Plaintiffs will appear in Houston for deposition and medical exams (the anticipated schedule is 2 plaintiffs every other week) |
| December 12, 2025 | Plaintiffs' expert reports for Group 4 Plaintiffs must be served |
| January 30, 2026 | Defendants' expert reports for Group 4 Plaintiffs must be served |
| February 23, 2026 through May 1, 2026 | Expert depositions for Group 4 Plaintiffs (plaintiffs' expert in each discipline will be deposed before defendants' expert for the same discipline) |
| June 5, 2026 | Discovery complete for Group 4 Plaintiffs |
| June 12, 2026 | Dispositive Motions and Expert Challenges for Group 4 Plaintiffs filed |
| November 2026 | Trial for Group 4 Plaintiffs |

| Trial Group 5 | |
| --- | --- |
| **Deadline** | **Activity** |
| October 31, 2025 | Group 5 Plaintiffs will answer or supplement (both with verifications) all outstanding written discovery |
| December 8, 2025 through February 6, 2026 | Group 5 Plaintiffs will appear in Houston for deposition and medical exams (the anticipated schedule is 2 plaintiffs every other week) |
| March 13, 2026 | Plaintiffs' expert reports for Group 5 Plaintiffs must be served |
| April 24, 2026 | Defendants' expert reports for Group 5 Plaintiffs must be served |
| May 18, 2026 through July 24, 2026 | Expert depositions for Group 5 Plaintiffs (plaintiffs' expert in each discipline will be deposed before defendants' expert for the same discipline) |
| August 28, 2026 | Discovery complete for Group 5 Plaintiffs |
| September 4, 2026 | Dispositive Motions and Expert Challenges for Group 5 Plaintiffs filed |
| February 2027 | Trial for Group 5 Plaintiffs |

| Deadline | Activity |
|---|---|
| **Trial Group 6** ||
| January 30, 2026 | Group 6 Plaintiffs will answer or supplement (both with verifications) all outstanding written discovery |
| March 9, 2026 through May 8, 2026 | Group 6 Plaintiffs will appear in Houston for deposition and medical exams (the anticipated schedule is 2 plaintiffs every other week) |
| June 12, 2026 | Plaintiffs' expert reports for Group 6 Plaintiffs must be served |
| July 24, 2026 | Defendants' expert reports for Group 6 Plaintiffs must be served |
| August 16, 2026 through October 23, 2026 | Expert depositions for Group 6 Plaintiffs (plaintiffs' expert in each discipline will be deposed before defendants' expert for the same discipline) |
| November 27, 2026 | Discovery complete for Group 6 Plaintiffs |
| December 4, 2026 | Dispositive Motions and Expert Challenges for Group 6 Plaintiffs filed |
| May 2027 | Trial for Group 6 Plaintiffs |

4.  **Lay Discovery.** Lay discovery shall be conducted as follows:

   a.  Within 14 days of the completion of the deposition and exam in Houston of each Ecuadorian Plaintiff, Plaintiffs' counsel shall confirm whether that Plaintiff will be continuing to prosecute his claim or whether the Plaintiff will consent to dismissal. Defendants may, in any event, move to dismiss any Plaintiff who does not consent to dismissal.

   b.  Lay witness discovery, including, for example, depositions of co-workers, and treating physicians will proceed immediately as to each of those Ecuadorian Plaintiffs who do not consent to dismissal after their deposition and U.S. medical testing.

9

c. If Plaintiffs' request to depose a defense lay witness, the Defendants will respond within two weeks of the request with reasonable dates to conduct that deposition, subject to any objections to plaintiffs' request

d. If the Parties cannot agree on what constitutes a reasonable time, the Parties will avail themselves of the Court's Guidelines for Discovery Matters, found on Magistrate Judge Fallon's web page under Forms, Discovery Matters-Procedures-Revised 7/24/2023.

5. **Expert Depositions.**

a. FED. R. CIV. P. 26(b)(4)(E) will apply. The party that notices an expert deposition is deemed the party seeking discovery with respect to that expert's deposition. The defendants may agree among themselves to share expert costs but that will not affect the noticing defendant's obligation to pay the expert. Each expert will give the parties a schedule of fees at the time the expert's report is served. The Parties expect that a reasonable time for an expert to prepare for deposition is 4 hours; in the event an expert witness requires more than four hours to prepare, for such reasons as the report justifies it or responding to a subpoena a deposition notice requires additional time, or other reasonable justification the Parties may extend that time by agreement or petition the Court to approve the additional time.

b. A party offering an expert for deposition will give to the party requesting the deposition dates when the expert will be made available for deposition by 2 weeks after the request is made in writing. The dates when the expert is made available for deposition must be within the period provided in item 3 above for expert discovery for each Trial Group.

6. **Failure to Comply.**

If any plaintiff does not (1) provide the information required in 1(a) above by August 2, 2024, or (2) timely provide the verified discovery responses required in the first item of each of

the scheduling orders in item 3 above, or (3) appear for his deposition and medical examination during the time period for his Trial Group specified in the scheduling orders in item 3 above, then within 10 days of that occurrence the parties (with the understanding that the parties will have had a meaningful meet and confer in that time) shall submit a joint letter to the Court not to exceed 6 pages in length (3 pages for the plaintiffs and 3 pages for the defendants) addressing whether the Plaintiff should be afforded more time, be dropped into a subsequent trial group, dismissed with or without prejudice, or whether the situation should be remedied in some other way. Disputes regarding whether a Plaintiff should be dismissed with or without prejudice shall be included in the joint letter submission.

**7.  Alternative Dispute Resolution.**

The parties will submit Trial Group 1 to mediation with a mediator mutually acceptable to all the parties on a mutually convenient date between September 1, 2025 and November 21, 2025.

**8.  Status Report.**

The parties will submit a joint status report by June 6, 2025.

**9.  Deceased Plaintiffs and Plaintiffs No Longer Pursuing Their Claims.**

Deceased Plaintiffs. This Court previously stayed the 90-day time period to file a substitution of parties following the filing of a suggestion of death because of the 2020 pandemic. For any plaintiff who has previously filed a suggestion of death, the Stay previously entered by this Court will expire August 2, 2024, and such plaintiff's heirs will have 90 days beginning August 2, 2024, to file a substitution of parties to continue to prosecute such deceased plaintiff's claims in this Court.

For any plaintiff who passes away after the entry of this Case Management Order, Plaintiff's counsel will file a suggestion of death within 30 days or receipt of a death certificate evidencing such death. That plaintiff's heirs will have ninety days from the date of the filing of such suggestion of death to substitute that deceased plaintiff with a legal representative duly appointed under the law of Ecuador who may pursue the deceased plaintiff's claims in this Court.

By August 2, 2024, Plaintiffs will serve on Defendants a list of all other Ecuadorian Plaintiffs who are no longer pursuing their claims.

For any Plaintiff who no longer wishes to pursue his claims in this Court, Plaintiff's counsel will file a Rule 41 Motion for Dismissal without prejudice for that Plaintiff within 30 days of August 2, 2024 or the receipt of signed consent of such dismissal, whichever is later, unless such plaintiff withdraws such consent prior to the entry of a Rule 41 dismissal of his claims.

IT IS SO ORDERED on July 23, 2024.

HON. SHERRY R. FALLON
UNITED STATES MAGISTRATE JUDGE