IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LUIS ANTONIO AGUILAR MARQUINEZ, et al., | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 12-695-RGA-SRF Consolidated |
| DOLE FOOD COMPANY, INC., et al., | : : | |
| Defendants. | : | |

**ORDER**

This **23rd** day of July, 2025, upon consideration of the Magistrate Judge's Oral Report and Recommendation dated June 27, 2025 (D.I. 661), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Oral Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Oral Report and Recommendation (D.I. 661) is **ADOPTED**.

2. Defendants' request to dismiss Plaintiffs Angel Neptali Salinas, Manuel Isaias Estrada Mosquera, Miquel Angel Iniguez Ochoa, and Tomas Gilberto Asuncion Quim (D.I. 650) is GRANTED WITHOUT PREJUDICE.

/s/ Richard G. Andrews
─────────────────────────
United States District Judge