IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: DBCP Litigation | ) ) ) | Civil Action No. 12-695-RGA-SRF |
| (Ecuadorian Plaintiffs) | ) ) | |

MEMORANDUM ORDER

Defendants filed a motion to exclude the testimony of Dr. Steve Striffler, an anthropologist. (D.I. 781). The motion is fully briefed. (D.I. 782; D.I. 850; D.I. 892). I issued an order that rejected most of Defendants' arguments. (D.I. 956 at 14-16). I subsequently heard Dr. Striffler testify at a Daubert hearing on June 16, 2026. I credit his testimony. Having now heard that testimony, I conclude that his main opinion – that Dole controlled all aspects of production through subcontracting in the 1980's – is a product of anthropological methods and that the methods have been reliably applied. I note that his testimony at the Daubert hearing that he employed anthropological methods was essentially unchallenged.

His opinion is based on subcontracting having been put into practice by the 1960's and 1970's in Ecuador and by the formal and informal interviews he conducted with a large number of individuals in the banana industry in the 1990's. His participant observation of the practices in the mid-1990's was consistent with what he had learned from interviews about practices in the decades before.

I also note that he wrote two books touching on the same subjects approximately 25 years ago. He described the books as "peer-reviewed." Defendants offered nothing to suggest there had been any negative academic criticism of the two books or that they were not peer-reviewed.

The motion to exclude Dr. Striffler's testimony (D.I. 781) is DENIED. Any Rule 403 objection may be renewed at an appropriate time. Plaintiffs are ORDERED not to seek to

introduce at trial the two paragraphs that he quotes from his book (*see* D.I. 956 at 16) unless they

have the express permission from the trial judge to do so.

       IT IS SO ORDERED this 17th day of June 2026.


                            _/s/ Richard G. Andrews____
                            United States District Judge